## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Jonathan W. Snow, being first duly sworn, hereby depose and state as follows:

## BACKGROUND

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), in that I am empowered by law to conduct investigations and to make arrests for federal felony and misdemeanor offenses.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since May 2016. I am currently assigned to the San Juan Division's Violent Crimes and Major Offenders Task Force. I completed basic investigative training at the FBI Academy, FBI Safe Streets Gang training provided by the FBI and Money Laundering and Asset Forfeiture training provided by the Department of Justice. I have experience in physical surveillance, debriefing defendants, witnesses, informants and other individuals who have knowledge of violations of federal laws. I have experience in undercover operations, executing search warrants, consensual monitoring and recording conversations, court authorized interception of both wire and electronic communications and handling of evidence.

3. During my time as a Special Agent, I have investigated numerous violations of federal statutes to include drug distribution and possession of illegal firearms. I have been the case agent, co-case agent and administrative agent on Title-III investigations which led to arrests and convictions of subjects for drug distribution as well as seizures of illegal drugs, weapons, and assets involved in drug trafficking. I have been the affiant on search warrants that have resulted in the seizure of illegal drugs, firearms and evidence of drug violations. I have supervised activities of confidential human sources who have provided information and assistance in federal prosecution. I am aware that persons involved in the illicit distribution of

1

controlled substances routinely attempt to conceal their identities as well as the locations at which drug transactions occur. These people are also known to have vehicles, properties, utilities, and other items purchased in the names of others in order to conceal the association of drug activities with financial transactions.

4. Based on my training and experience and the facts set forth below in this affidavit, there is probable cause to believe Angel Vicente Torrens (Vicente) violated Title 18 U.S.C. § 924(c) (Possessing a Firearm in Furtherance of a Drug Trafficking Crime) and Title 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Illegal Drugs).

## FACTS SUPPORTING PROBABLE CAUSE

5.     On November 22, 2025, Carolina Municipal Police Department Agent Jose A. Marquez Lozada "JAML" was exiting the parking lot of the Burger King in Isla Verde, Carolina, Puerto Rico when he observed a group of individuals on motorcycles. **Vicente** was one of the individuals on a motorcycle. Agent JAML observed that **Vicente** was not wearing a helmet, which is required by Puerto Rico law. Agent JAML activated the lights and sirens of his patrol vehicle in an attempt to stop **Vicente** for the violation. Vicente did not stop and started to operate the motorcycle in a manner which showed that he was attempting to evade law enforcement. Agent JAML continued to follow **Vicente** and was able to read the Puerto Rico license plate of the motorcycle which Vicente was operating. The registration showed that the motorcycle's "Marbete" vehicle registration was expired.

6.     Agent JAML continued to pursue **Vicente** into Barrio Obero in San Juan, Puerto Rico. **Vicente** turned the correct way on a one-way street with Agent JAML behind **Vicente**. Another Carolina Municipal Police Department officer turned the incorrect way on the opposite end of the same one-way street in order to help stop **Vicente**. **Vicente** was not

2

able to pass the Officers on his motorcycle. **Vicente** left the motorcycle on the street and began running away to flee from the Officers on foot.

7. **Vicente** was apprehended by the two Officers. Vicente had in his possession a Coach brand bag which was strapped over one shoulder and under his other arm. During the search incident to the arrest of Vicente, the Coach bag was found to contain two Glock magazines, one of which had the capacity to hold over 20 rounds. Vicente was also in possession of a Glock 27 handgun in his waistband. The Glock 27 (bearing serial #CBWA117) was modified to shoot fully automatic and was loaded with a magazine with the capacity to hold over 20 rounds.

8. In the storage space under the seat of the motorcycle which Vicente was operating, and left behind, Officers recovered approximately 125 vials of crack cocaine, 13 envelopes of a substance that tested positive for fentanyl, marijuana, and over $1,000 in US currency.

9. Field tests were conducted on the substances and they were positive for the mentioned controlled substances.

10. On November 23, 2025, after agents advised him of his Miranda rights, Vicente agreed to be interviewed by FBI personnel. Vicente admitted to fleeing from the police. Vicente stated that the firearm and Coach bag were in the storage compartment under the seat of the motorcycle. Vicente said he was holding the firearm, drugs and money for another individual who gave the items to Vicente the previous day for safe keeping. Vicente stated that he did not know the name or telephone number of the person who provided him with the firearm, drugs and money. Vicente also stated that he could not describe the appearance of this individual. Vicente stated that he is the owner of the motorcycle, but it is registered in his mother's name. Vicente admitted knowing that the firearm was able to fire automatically.

11.     On that same day, a dryfire test of the Glock 27 (serial # CBWA117) was conducted which showed that when the trigger of the firearm was held in the depressed position and the slide was cycled, the Glock 27 would fire. This is not normal for a Glock 27. This shows that it is likely that the Glock 27 would fire live rounds in fully automatic mode.

12.     The following are photographs of the evidence that was recovered:





13.     Based upon my training, experience, and the above facts, I respectfully

4

submit there is sufficient probable cause to show Angel Vicente Torrens committed a violation of Title 18 U.S.C. § 924(c) (Possessing a Firearm in Furtherance of a Drug Trafficking Crime) and Title 21 U.S.C. § 841(a)(1) (Possession with Intent to Distribute Illegal Drugs).

I therefore request that an arrest warrant be issued so that he can be brought to Court forthwith. I hereby declare, under penalty of perjury, that the information contained in this Affidavit is known to be true and correct to best of my knowledge.

*Jonathan W. Snow*
Jonathan W. Snow
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to FRCP 4.1 at 11:30 AM by telephone, this 24th day of November 2025.

Hon. Marshal D. Morgan
U.S. Magistrate Judge
District of Puerto Rico

5